IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civ. No. 2:20-cv-00011-BO

| PATRICIA COSETTA WHIDBEE, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| KILOLO KIJAKAZI, | ) | ORDER |
| Acting Commissioner of Social | ) |  |
| Security | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |
|  | ) |  |

Plaintiff's counsel filed an amended motion for approval of attorney's fees under section 206(b) of the Social Security Act (the "Act"), 42 U.S.C. § 406(b), in the amount of $9,038.13 (Doc. 40). Attorney's fees under section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). The parties' stipulation for an award of attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $4,686.00, is currently pending with this Court (Doc. 37).

Defendant filed a response, stating that under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is **ORDERED** that Plaintiff's counsel be awarded fees under section 206(b) of the Act, 42 U.S.C. § 406(b), in the amount of $ _8,000.00_ , and refund to Plaintiff the smaller award between this amount and the EAJA award.

1

SO ORDERED, this 18 day of October, 2021.

_____
TERRENCE BOYLE
UNITED STATES DISTRICT JUDGE

2